## Exhibit A

| # | ISBN | PUBLISHER | TITLE | AUTHOR | EDITION | REGISTRATION NUMBER | REGISTRATION DATE |
|---|---|---|---|---|---|---|---|
| 1 | 9781305642355 | Cengage | Assessment in Special and Inclusive Education, 13th | Salvia | 13th | TX 8-283-213 | 5/4/16 |
| 2 | 9781305261105 | Cengage | Basics of Research Methods for Criminal Justice and Criminology | Maxfield | 4th | TX 8-027-615 | 2/18/15 |
| 3 | 9781305500846 | Cengage | Business Ethics: Ethical Decision Making & Cases | Ferrell | 11th | TX 8-253-339 | 3/4/16 |
| 4 | 9781285748887 | Cengage | Clinical Assessment Workbook: Balancing Strengths and Differential Diagnosis, 2nd | Pomeroy | 2nd | TX 7-972-014 | 10/24/14 |
| 5 | 9781285444628 | Cengage | Communication Between Cultures | Samovar | 9th | TX 8-224-775 | 2/4/16 |
| 6 | 9781305403581 | Cengage | Communication Mosaics, 8th | Wood | 8th | TX 8-224-996 | 2/4/16 |
| 7 | 9781285161594 | Cengage | Effective Helping: Interviewing and Counseling Techniques, 8th | Okun | 8th | TX 7-904-759 | 4/24/14 |
| 8 | 9781305577374 | Cengage | Ethical Dilemmas and Decisions in Criminal Justice | Pollock | 9th | TX 8-223-522 | 2/4/16 |
| 9 | 9781305089723 | Cengage | Ethics in Counseling and Psychotherapy | Welfel | 6th | TX 8-040-560 | 3/19/15 |
| 10 | 9781285858166 | Cengage | Exploring Art | Lazzari, Schlesier | 5th | TX 8-006-262 | 1/8/15 |
| 11 | 9781305087309 | Cengage | Group Counseling: Strategies And Skills | Jacobs | 8th | TX 8-005-993 | 1/8/15 |
| 12 | 9781133945468 | Cengage | Groups: Process and Practice | Corey | 9th | TX 7-705-119 | 2/25/13 |
| 13 | 9781305076518 | Cengage | Looking out, Looking In | Adler | 15th | TX 8-224-989 | 2/4/16 |
| 14 | 9781285874326 | Cengage | Moral Issues in Business | Shaw | 13th | TX 8-005-992 | 1/8/15 |
| 15 | 9781285164205 | Cengage | Organizational Communication: Approaches and Processes | Miller | 7th | TX 7-856-524 | 3/21/14 |
| 16 | 9781305101937 | Cengage | Psychopathology | Gray | 4th | TX 8-223-610 | 2/4/16 |
| 17 | 9781305500006 | Cengage | Public Relations Writing: Strategies & Structures, 11th | Newsom, Haynes | 11th | TX 8-418-031 | 7/7/17 |
| 18 | 9781305093614 | Cengage | Race, Class, & Gender 9th | Andersen, Collins | 9th | TX 8-047-179 | 4/8/15 |
| 19 | 9781305263727 | Cengage | Theory and Practice of Counseling and Psychotherapy, 10th | Corey | 10th | TX 8-238-467 | 3/3/16 |
| 20 | 9780123838728 | Elsevier | Computer Architecture, 5th | Hennessy | 5th | TX 5-886-988 | 1/6/04 |
| 21 | 9780124077263 | Elsevier | Computer Organization and Design, 5th | Patterson, Hennessy | 5th | TX 7-793-464 | 10/25/13 |
| 22 | 9780078023842 | McGraw-Hill | Dynamic Business Law: The Essentials, 3rd | Kubasek, Browne, Herron, Dhooge, Barkacs | 3rd | TX 7-225-795 | 2/26/09 |
| 23 | 9781259545474 | McGraw-Hill | Essentials of Contemporary Management, 7th | Jones, George | 7th | TX 7-913-168 | 6/20/14 |
| 24 | 9780077862466 | McGraw-Hill | Essentials of Negotiation, 6th | Lewicki, Barry, Saunders | 6th | TX 6-413-160 | 7/28/06 |
| 25 | 9781259546983 | McGraw-Hill | Essentials of Strategic Management, 5th | Gamble, Thompson Jr, Peteraf | 5th | TX 8-419-674 | 5/11/17 |
| 26 | 9781259870460 | McGraw-Hill | Infants, Toddlers, and Caregivers | Mena, Eyer | 11th | TX 7-959-127 | 8/25/14 |
| 27 | 9781259870538 | McGraw-Hill | Interviewing: Principles and Practices | Stewart, Charles | New | TX 7-835-470 | 2/19/14 |
| 28 | 9780077861896 | McGraw-Hill | Methods in Behavioral Research, 12th | Cozby, Bates | 12th | TX 7-982-478 | 11/4/14 |
| 29 | 9780073373843 | McGraw-Hill | Programmable Logic Controllers, 5th | Petruzella | 5th | TX 7-255-108 | 9/13/10 |
| 30 | 9780073398204 | McGraw-Hill | Shigley's Mechanical Engineering Design | Budynas | 10th | TX 7-920-259 | 6/24/14 |
| 31 | 9781259420474 | McGraw-Hill | Strategic Management: Concept, 3rd | Rothaermel | 3rd | TX 8-354-985 | 12/12/16 |
| 32 | 9780073523910 | McGraw-Hill | The Art of Public Speaking, 12th | Lucas | 12th | TX 8-003-528 | 12/24/14 |
| 33 | 9780078119064 | McGraw-Hill | The Elements of Moral Philosophy, 8th | Rachels, Rachels | 8th | TX 8-003-526 | 12/24/14 |
| 34 | 9781259291821 | McGraw-Hill | The Macro Economy Today | Schiller | 14th | TX 7-580-430 | 8/14/12 |
| 35 | 9780078026546 | McGraw-Hill | The Police in America: An Introduction, 8th | Walker, Katz | 8th | TX 7-637-020 | 11/6/12 |
| 36 | 9780073514307 | McGraw-Hill | Theatre: The Lively Art | Wilson | 9th | TX 7-578-807 | 8/14/12 |
| 37 | 9780321997821 | Pearson | Business Analytics | Evans | 2nd | TX 8-017-387 | 2/12/15 |
| 38 | 9780134129952 | Pearson | Business in Action | Bovee | 8th | TX 8-253-612 | 3/4/16 |

| | ISBN | PUBLISHER | TITLE | AUTHOR | EDITION | REGISTRATION NUMBER | REGISTRATION DATE |
|---|---|---|---|---|---|---|---|
| 39 | 9780134548623 | Pearson | Criminal Justice: A Brief Introduction | Schmalleger | 12th | TX 7-729-566 | 6/18/13 |
| 40 | 9780134523859 | Pearson | Essentials of Organizational Behavior | Robbins, Judge | 14th | TX 8-051-247 | 4/3/15 |
| 41 | 9780134205588 | Pearson | Essentials of Sociology, 12th | Henslin | 12th | TX 8-232-933 | 2/16/16 |
| 42 | 9780131846197 | Pearson | Ethical Issues in Business: A Philosophical Approach | Donaldson | 8th | TX 6-850-568 | 8/9/07 |
| 43 | 9780205918393 | Pearson | Forty Studies Changed Psychology, 7th | Hock | 7th | TX 7-593-107 | 9/18/12 |
| 44 | 9780547179629 | Pearson | Foundations of Addictions Counseling | Capuzzi, Stauffer | 3rd | TX 8-088-495 | 4/20/15 |
| 45 | 9780134083285 | Pearson | Foundations of Finance | Keown | 9th | TX 8-389-129 | 3/2/17 |
| 46 | 9780133754001 | Pearson | Human Communication in Society | Alberts, Nakayama | 4th | TX 8-147-013 | 7/31/15 |
| 47 | 9780133866247 | Pearson | International Business: The Challenges of GLobalization | Wild | 8th | TX 8-069-637 | 4/20/15 |
| 48 | 9780134089027 | Pearson | Macroeconomics, 9th | Osullivan, Sheffrin | 9th | TX 8-438-240 | 7/17/17 |
| 49 | 9780134149530 | Pearson | Marketing: An Introduction | Armstrong | 13th | TX 7-875-481 | 3/18/14 |
| 50 | 9780134219929 | Pearson | Planning, Implementing, & Evaluating Health Promotion Programs: A Primer, 7th | Mckenzie, Neiger | 7th | TX 8-394-558 | 3/2/17 |
| 51 | 9780133936544 | Pearson | Social Psychology, 9th | Aronson, Wilson | 9th | TX 8-126-280 | 7/10/15 |
| 52 | 9780205959136 | Pearson | Social Welfare, 8th | Dinitto, Johnson | 8th | TX 8-140-574 | 7/31/15 |
| 53 | 9780134206325 | Pearson | Society: The Basics, 14th | Macionis | 14th | TX 8-242-358 | 3/4/16 |
| 54 | 9780132615648 | Pearson | Substance Abuse Counseling, 5th | Stevens, Smith | 5th | TX 7-543-628 | 5/11/12 |
| 55 | 9780133884869 | Pearson | Supervision Today! | Robbins, CeCenzo | 8th | TX 8-066-933 | 4/16/15 |
| 56 | 9780133546767 | Pearson | The Art and Science of Leadership | Nahavandi | 7th | TX 7-918-581 | 5/9/14 |
| 57 | 9780133905410 | Pearson | The School and Community Relations, 11th | Moore | 11th | TX 8-033-253 | 2/9/15 |