UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> Doe 1 d/b/a atmi7654, et al., <br><br> Defendants. | Civil Action No. 1:18-cv-402 (DLC) |

## NOTICE OF APPEARANCE OF CHARLES P. LAPOLLA

PLEASE TAKE NOTICE that Charles P. LaPolla hereby appears as counsel in this action for Jason I. Roslin (identified in the Complaint as "Doe 10" d/b/a MeVous Entertainment.  I certify that I am admitted to practice in this court.

Dated:  February 1, 2018
        New York, New York

Respectfully submitted,

 __s/ Charles LaPolla_____
Charles P. LaPolla
clapolla@ostrolenk.com
Ostrolenk Faber LLP
1180 Avenue of the Americas
New York, New York 10036
Tel: 212-382-0700
Fax: 212-382-0888

{02191869.1}

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2018, I caused a true and correct copy of **NOTICE OF APPEARANCE** to be served on all counsel of record via the ECF filing system pursuant to Federal and Local rules.

                                        */s/ Ariel Peikes*

                                        Ariel S. Peikes