UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., ELSEVIER, INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, and CENGAGE LEARNING, INC.,<br><br>         Plaintiffs,<br><br>v.<br><br>DOE 1 D/B/A ATMI7654; DOE 2 D/B/A BOOKEXPERTS; DOE 3 D/B/A BRTM; DOE 4 D/B/A CAMRIC BOOKS; DOE 5 D/B/A CLARENCE WOOD; DOE 6 D/B/A DBHC BOOKS; DOE 7 D/B/A HEAVYHOUSE-BOOKS; DOE 8 D/B/A HUGE CRIT; DOE 9 D/B/A MATTHEW'S BOOK STORE; DOE 10 D/B/A MEVOUS ENTERTAINMENT; DOE 11 D/B/A NIDIIZ; DOE 12 D/B/A READMORE777; DOE 13 D/B/A ROADRUNNER MUSIC AND BOOKS BEEP-BEEP, ZIP, BANG!; DOE 14 D/B/A STAY SMART; DOE 15 D/B/A THELOGANS; and DOE 16 D/B/A UNITED TWINSTAR and AFARAWAYGALAXY,<br><br>         Defendants. | Case No. 1:18-cv-00402-DLC |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 2-13-2018

### NOTICE OF VOLUNTARY DISMISSAL
### WITH PREJUDICE AS AGAINST DEFENDANT DOE 4

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and a settlement that was reached between the parties, Plaintiffs Pearson Education, Inc., Elsevier, Inc., McGraw-Hill Global Education Holdings, LLC, and Cengage Learning, Inc., hereby give notice that their claims in the above-captioned action against Defendant Doe 4 d/b/a Camric Books (a/k/a Robert Inman) are voluntarily dismissed with prejudice, with each party to bear its own costs and fees associated with the suit.

So ordered.
*[signature]*
2/13/18

Dated: February 13, 2018

Respectfully submitted,

*[signature: Kerry M. Mustico]*

Matthew J. Oppenheim
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Ave. NW STE 503
Washington, DC 20015
(202) 480-2999
matt@oandzlaw.com
kerry@oandzlaw.com

*Counsel for Plaintiffs*

SO ORDERED this ___ day of _____, 2018.

DENISE L. COTE
United States District Judge