## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC.; ELSEVIER, INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and CENGAGE LEARNING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DOE 1 D/B/A ATMI7654; DOE 2 D/B/A BOOKEXPERTS; DOE 3 D/B/A BRTM; DOE 4 D/B/A CAMRIC BOOKS; DOE 5 D/B/A CLARENCE WOOD; DOE 6 D/B/A DBHC BOOKS; DOE 7 D/B/A HEAVYHOUSE-BOOKS; DOE 8 D/B/A HUGE CRIT; DOE 9 D/B/A MATTHEW'S BOOK STORE; DOE 10 D/B/A MEVOUS ENTERTAINMENT; DOE 11 D/B/A NIDIIZ; DOE 12 D/B/A READMORE777; DOE 13 D/B/A ROADRUNNER MUSIC AND BOOKS BEEP-BEEP, ZIP, BANG!; DOE 14 D/B/A STAY SMART; DOE 15 D/B/A THELOGANS; and DOE 16 D/B/A UNITED TWINSTAR and AFARAWAYGALAXY, <br><br> Defendants. | Case No. 1:18-cv-00402-DLC <br><br>  USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC #: <br> DATE FILED: 4-13-2018 |

### STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT
### DOE 13 D/B/A ROADRUNNER MUSIC AND BOOKS BEEP-BEEP, ZIP, BANG!

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and a settlement that was reached between the parties, Plaintiffs Pearson Education, Inc., Elsevier, Inc., McGraw-Hill Global Education Holdings, LLC, and Cengage Learning, Inc. (collectively, "Plaintiffs"), and Video Quest, Inc., identified in the Complaint as Defendant Doe 13 d/b/a RoadRunner Music and Books Beep-Beep, Zip, Bang! ("Video Quest"), hereby stipulate and agree, through undersigned counsel, that Plaintiffs' claims in the above-captioned action against Video Quest are voluntarily dismissed with prejudice, with each party to bear their own costs and fees.

*So ordered.*

*[signature]*
*4/12/18*

Stipulated and agreed by:

*(signature)*

Jeffrey T. Breloski
ATLawip LLC
2065 Compton Way
Johns Creek, Georgia 30022
(678) 667-3491
jbreloski@atlawip.com

*Counsel for Video Quest, Inc. d/b/a RoadRunner Music and Books Beep-Beep, Zip, Bang! (Defendant Doe 13)*

Date: April 12, 2018

*(signature)*

Matthew J. Oppenheim
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Ave. NW STE 503
Washington, DC 20015
(202) 480-2999
matt@oandzlaw.com
kerry@oandzlaw.com

*Counsel for Plaintiffs*

Date: April 12, 2018

SO ORDERED this ___ day of _____, 2018.

_____
HON. DENISE L. COTE
United States District Judge

2