# Amended Complaint - Exhibit A

| | ISBN | PUBLISHER | TITLE | EDITION | REGISTRATION NUMBER | REGISTRATION DATE | STOREFRONT(S) |
|---|---|---|---|---|---|---|---|
| 1 | 9781305642355 | Cengage | Assessment in Special and Inclusive Education | 13th | TX 8-283-213 | 5/4/16 | Huge Crit |
| 2 | 9781305261105 | Cengage | Basics of Research Methods for Criminal Justice and Criminology | 4th | TX 8-027-615 | 2/18/15 | Clarence Wood |
| 3 | 9781305500846 | Cengage | Business Ethics: Ethical Decision Making & Cases | 11th | TX 8-253-339 | 3/4/16 | Matthew's Book Store Nidiiz |
| 4 | 9781285748887 | Cengage | Clinical Assessment Workbook: Balancing Strengths and Differential Diagnosis | 2nd | TX 7-972-014 | 10/24/14 | United TwinStar |
| 5 | 9781305403581 | Cengage | Communication Mosaics | 8th | TX 8-224-996 | 2/4/16 | Atmi7654 |
| 6 | 9781285161594 | Cengage | Effective Helping: Interviewing and Counseling Techniques | 8th | TX 7-904-759 | 4/24/14 | TheLogans |
| 7 | 9781305577374 | Cengage | Ethical Dilemmas and Decisions in Criminal Justice | 9th | TX 8-223-522 | 2/4/16 | Huge Crit |
| 8 | 9781305087309 | Cengage | Group Counseling: Strategies And Skills | 8th | TX 8-005-993 | 1/8/15 | Matthew's Book Store |
| 9 | 9781133945468 | Cengage | Groups: Process and Practice | 9th | TX 7-705-119 | 2/25/13 | STAY SMART |
| 10 | 9781305076518 | Cengage | Looking out, Looking In | 15th | TX 8-224-989 | 2/4/16 | Huge Crit |
| 11 | 9781285164205 | Cengage | Organizational Communication: Approaches and Processes | 7th | TX 7-856-524 | 3/21/14 | STAY SMART |
| 12 | 9781305101937 | Cengage | Psychopathology | 4th | TX 8-223-610 | 2/4/16 | Huge Crit |
| 13 | 9781305093614 | Cengage | Race, Class, & Gender | 9th | TX 8-047-179 | 4/8/15 | Huge Crit |
| 14 | 9781305263727 | Cengage | Theory and Practice of Counseling and Psychotherapy | 10th | TX 8-238-467 | 3/3/16 | STAY SMART |
| 15 | 9780123838728 | Elsevier | Computer Architecture | 5th | TX 5-886-988 | 1/6/04 | HEAVYHOUSE-BOOKS |
| 16 | 9780124077263 | Elsevier | Computer Organization and Design | 5th | TX 7-793-464 | 10/25/13 | HEAVYHOUSE-BOOKS |
| 17 | 9780078023842 | McGraw-Hill | Dynamic Business Law: The Essentials | 3rd | TX 7-225-795 | 2/26/09 | United Twinstar |
| 18 | 9781259545474 | McGraw-Hill | Essentials of Contemporary Management | 7th | TX 7-913-168 | 6/20/14 | Clarence Wood Nidiiz |
| 19 | 9780077862466 | McGraw-Hill | Essentials of Negotiation | 6th | TX 6-413-160 | 7/28/06 | Matthew's Book Store |
| 20 | 9781259546983 | McGraw-Hill | Essentials of Strategic Management | 5th | TX 8-419-674 | 5/11/17 | Huge Crit |
| 21 | 9780077861896 | McGraw-Hill | Methods in Behavioral Research | 12th | TX 7-982-478 | 11/4/14 | TheLogans |
| 22 | 9780073373843 | McGraw-Hill | Programmable Logic Controllers | 5th | TX 7-255-108 | 9/13/10 | Clarence Wood TheLogans United TwinStar |
| 23 | 9780073398204 | McGraw-Hill | Shigley's Mechanical Engineering Design | 10th | TX 7-920-259 | 6/24/14 | STAY SMART |
| 24 | 9781259420474 | McGraw-Hill | Strategic Management: Concept | 3rd | TX 8-354-985 | 12/12/16 | BookExperts Huge Crit Nidiiz |
| 25 | 9780078119064 | McGraw-Hill | The Elements of Moral Philosophy | 8th | TX 8-003-526 | 12/24/14 | TheLogans |
| 26 | 9781259291821 | McGraw-Hill | The Macro Economy Today | 14th | TX 7-580-430 | 8/14/12 | Huge Crit |
| 27 | 9780078026546 | McGraw-Hill | The Police in America: An Introduction | 8th | TX 7-637-020 | 11/6/12 | TheLogans |
| 28 | 9780073514307 | McGraw-Hill | Theatre: The Lively Art | 9th | TX 7-578-807 | 8/14/12 | Matthew's Book Store United TwinStar |
| 29 | 9780321997821 | Pearson | Business Analytics | 2nd | TX 8-017-387 | 2/12/15 | Matthew's Book Store Nidiiz |
| 30 | 9780134548623 | Pearson | Criminal Justice: A Brief Introduction | 12th | TX 7-729-566 | 6/18/13 | Clarence Wood |
| 31 | 9780134523859 | Pearson | Essentials of Organizational Behavior | 14th | TX 8-051-247 | 4/3/15 | Nidiiz |
| 32 | 9780134205588 | Pearson | Essentials of Sociology | 12th | TX 8-232-933 | 2/16/16 | BookExperts |
| 33 | 9780131846197 | Pearson | Ethical Issues in Business: A Philosophical Approach | 8th | TX 6-850-568 | 8/9/07 | Huge Crit |
| 34 | 9780547179629 | Pearson | Foundations of Addictions Counseling | 3rd | TX 8-088-495 | 4/20/15 | Huge Crit |
| 35 | 9780133754001 | Pearson | Human Communication in Society | 4th | TX 8-147-013 | 7/31/15 | Clarence Wood |

## Amended Complaint - Exhibit A

| | ISBN | PUBLISHER | TITLE | EDITION | REGISTRATION NUMBER | REGISTRATION DATE | STOREFRONT(S) |
|---|---|---|---|---|---|---|---|
| 36 | 9780133866247 | Pearson | International Business: The Challenges of GLobalization | 8th | TX 8-069-637 | 4/20/15 | Nidiiz |
| 37 | 9780134149530 | Pearson | Marketing: An Introduction | 13th | TX 7-875-481 | 3/18/14 | Atmi7654<br>BookExperts<br>United TwinStar |
| 38 | 9780134219929 | Pearson | Planning, Implementing, & Evaluating Health Promotion Programs: A Primer | 7th | TX 8-394-558 | 3/2/17 | HEAVYHOUSE-BOOKS |
| 39 | 9780133936544 | Pearson | Social Psychology | 9th | TX 8-126-280 | 7/10/15 | STAY SMART |
| 40 | 9780205959136 | Pearson | Social Welfare | 8th | TX 8-140-574 | 7/31/15 | BookExperts |
| 41 | 9780134206325 | Pearson | Society: The Basics | 14th | TX 8-242-358 | 3/4/16 | Atmi7654 |
| 42 | 9780132615648 | Pearson | Substance Abuse Counseling | 5th | TX 7-543-628 | 5/11/12 | HEAVYHOUSE-BOOKS |
| 43 | 9780133884869 | Pearson | Supervision Today! | 8th | TX 8-066-933 | 4/16/15 | BookExperts |
| 44 | 9780133905410 | Pearson | The School and Community Relations | 11th | TX 8-033-253 | 2/9/15 | BookExperts |