# Amended Complaint - Exhibit B

| PLAINTIFF | MARK | REGISTRATION NUMBER | REGISTRATION DATE | STOREFRONT(S) |
|---|---|---|---|---|
| CENGAGE LEARNING, INC. | BROOKS/COLE | 3,386,242 | 2/19/2008 | STAY SMART |
| CENGAGE LEARNING, INC. | CENGAGE LEARNING | 3,603,376; 3,603,349 | 4/7/2009; 4/7/2009 | Atmi7654<br>Clarence Wood<br>Huge Crit<br>Matthew's Book Store<br>Nidiiz<br>STAY SMART<br>TheLogans<br>United TwinStar |
| ELSEVIER, INC. | ELSEVIER | 749,444 | 5/14/1963 | HEAVYHOUSE BOOKS |
| ELSEVIER, INC. | MK | 2,114,270 | 11/18/1997 | HEAVYHOUSE BOOKS |
| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC | MCGRAW-HILL EDUCATION | 4,664,267; 4,664,266; 4,733,567 | 12/30/2014; 12/30/2014; 7/23/1985 | BookExperts<br>Clarence Wood<br>Huge Crit<br>Matthew's Book Store<br>Nidiiz<br>STAY SMART<br>TheLogans<br>United TwinStar |
| PEARSON EDUCATION, INC. | ALWAYS LEARNING | 4,708,487 | 3/24/2015 | Atmi7654<br>BookExperts<br>Clarence Wood<br>HEAVYHOUSE-BOOKS<br>Huge Crit<br>Matthew's Book Store<br>Nidiiz<br>STAY SMART<br>United TwinStar |

# Amended Complaint - Exhibit B

| PLAINTIFF | MARK | REGISTRATION NUMBER | REGISTRATION DATE | STOREFRONT(S) |
|---|---|---|---|---|
| PEARSON EDUCATION, INC. | PEARSON | 2,599,724; 2,600,081; 2,652,792; 2,679,355; 2,691,830 | 7/23/2002; 7/30/2002; 11/19/2002; 1/28/2003; 3/4/2003 | Atmi7654<br>BookExperts<br>Clarence Wood<br>HEAVYHOUSE-BOOKS<br>Huge Crit<br>Matthew's Book Store<br>Nidiiz<br>STAY SMART<br>United TwinStar |
| PEARSON EDUCATION, INC. | PRENTICE HALL | 1,332,044; 1,332,639; 1,375,654 | 4/23/1985; 4/23/1985; 12/17/1985 | Huge Crit |