# Amended Complaint – Exhibit C

| CENGAGE LEARNING, INC.: | MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC |
|---|---|
| Brooks Cole<br>Cengage<br>Cengage Learning<br>Course Technology<br>Delmar<br>Gale<br>Heinle<br>Milady<br>National Geographic Learning<br>South-Western Educational Publishing<br>Wadsworth | Irwin<br>Lange<br>McGraw-Hill<br>McGraw-Hill Education<br>McGraw-Hill Higher Education<br>McGraw-Hill Professional<br>McGraw-Hill Ryerson<br>McGraw-Hill/Appleton & Lange<br>McGraw-Hill/Contemporary<br>McGraw-Hill/Dushkin<br>McGraw-Hill/Irwin<br>NTC/Contemporary<br>Osborne<br>Schaum's |
| **PEARSON EDUCATION, INC.:** | **ELSEVIER, INC.** |
| Addison Wesley;<br>Adobe Press;<br>Allyn & Bacon;<br>Benjamin Cummings;<br>Brady;<br>Cisco Press;<br>Financial Times Press/FT Press;<br>IBM Press;<br>Longman;<br>New Riders Press;<br>Peachpit Press;<br>Pearson;<br>Pearson Education;<br>Prentice Hall;<br>Que Publishing; and<br>Sams Publishing | Academic Cell         Made Simple Books<br>Academic Press       Medicine Publishing<br>Amirsys                    Morgan Kaufmann<br>Butterworth             Publishers<br> Heinemann              Mosby<br>Churchill Livingstone  Newnes<br>Digital Press             North Holland<br>Elsevier                    Saunders<br>Gulf Professional      Urban & Fischer<br>  Publishing              William Andrew<br>Hanley & Belfus       Woodhead Publishing<br>Knovel |

*Pearson Educ., Inc., et al. v Imran Awan, et al.,* Case No. 18- cv-402-DLC