**ATTACHMENT A – Defendants for Summons in Civil Action No. 18-cv-402-DLC**

1. Imran Awan
   atmi7654@gmail.com

2. Amro T. Awwad
   bookexperts@yahoo.com

3. Rong Li
   cigclarencewood@gmail.com

4. Vijay Kumar
   vijaykumarhuf78@gmail.com

5. Anita Rain Rani
   vijaykumarhuf78@gmail.com

6. Ammar Abdulwahid Mazrui
   littlepriceitems@gmail.com

7. Michael Pao (a/k/a Matthew Watson)
   mathxxewwwatsddon@mail.com

8. Nidia Espinoza
   nidiiz759@gmail.com

9. Manish Kumar Singh (a/k/a "Max Den" and "Shyam")
   info.maxden@gmail.com

10. Roschelle T. Salmon
    theLogans7uy@gmail.com
    readywriteriam@gmail.com

11. Yaroslav Iakovin
    yakovinyaroslav@gmail.com