UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC.; ELSEVIER, INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and CENGAGE LEARNING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMRAN AWAN; AMRO T. AWWAD; RONG LI; ANITA RAIN RANI; VIJAY KUMAR; AMMAR ABDULWAHID MAZRUI; MICHAEL PAO (A/K/A MATTHEW WATSON); NIDIA ESPINOZA; MANISH KUMAR SINGH (A/K/A "MAX DEN" and "SHYAM"); ROSCHELLE T. SALMON; and YAROSLAV IAKOVIN, <br><br> Defendants. | Civil Action No. 18-cv-402-DLC |

**DECLARATION OF SERVICE OF PROCESS**

I, Kerry M. Mustico, hereby declare as follows:

Pursuant to the Court's Order dated January 17, 2018 (ECF No. 3) authorizing service of process by email, I caused the Amended Complaint and Summons to be served on Defendants Imran Awan, Amro T. Awwad, Rong Li, Vijay Kumar, Anita Rain Rani, Ammar Abdulwahid Mazrui, Michael Pao (a/k/a Matthew Watson), Nidia Espinoza, Manish Kumar Singh (a/k/a "Max Den" and "Shyam"), Roschelle T. Salmon, and Yaroslav Iakovin ("Defendants") today, May 3, 2018, via email to the following email addresses: atmi7654@gmail.com; bookexperts@yahoo.com; cigclarencewood@gmail.com; vijaykumarhuf78@gmail.com; littlepriceitems@gmail.com; mathxxewwatsddon@mail.com; nidiiz759@gmail.com; info.maxden@gmail.com; theLogans7uy@gmail.com; yakovinyaroslav@gmail.com; and readywriteriam@gmail.com.

2

I declare under penalty of perjury that the foregoing is true and correct to the best my knowledge and belief.

/s/ Kerry M. Mustico

DATED:   May 3, 2018
         Washington, D.C.

2