UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/18
```

PEARSON EDUCATION, INC.; ELSEVIER, INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and CENGAGE LEARNING, INC.,

    Plaintiffs,

v.

IMRAN AWAN; AMRO T. AWWAD; RONG LI; ANITA RAIN RANI; VIJAY KUMAR; AMMAR ABDULWAHID MAZRUI; MICHAEL PAO (A/K/A MATTHEW WATSON); NIDIA ESPINOZA; MANISH KUMAR SINGH (A/K/A "MAX DEN" and "SHYAM"); ROSCHELLE T. SALMON; and YAROSLAV IAKOVIN,

    Defendants.

Case No. 1:18-cv-402-DLC

## CLERK'S CERTIFICATE OF DEFAULT

I, RUBY J. KRAJICK, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that: this action was commenced on January 17, 2018 with the filing of a complaint (ECF No. 1); the amended complaint and summons were filed on May 2, 2018 (ECF Nos. 55-56); a copy of the amended complaint and summons were served on Defendants Imran Awan, Amro T. Awwad, Rong Li, Anita Rain Rani, Vijay Kumar, Ammar Abdulwahid Mazrui, Michael Pao (a/k/a Matthew Watson), Nidia Espinoza, Manish Kumar Singh (a/k/a "Max Den" and "Shyam"), and Yaroslav Iakovin (hereinafter, collectively, "Defendants") on May 3, 2018 by electronic mail, pursuant to the Court's January 17, 2018 Opinion and Order (ECF No. 3) authorizing alternate service of process; and proof of such service was filed the same day (ECF No. 58).

I further certify that the docket entries indicate that Defendants have not filed an answer

or otherwise moved with respect to the amended complaint herein.  The default of Defendants are hereby noted.

Dated:  New York, NY

       Sept 24     , 2018

                                    RUBY J. KRAJICK
                                    Clerk of Court

                By:        *KMango*
                        Deputy Clerk