UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC.; ELSEVIER, INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and CENGAGE LEARNING, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>IMRAN AWAN; AMRO T. AWWAD; RONG LI; ANITA RAIN RANI; VIJAY KUMAR; AMMAR ABDULWAHID MAZRUI; MICHAEL PAO (A/K/A MATTHEW WATSON); NIDIA ESPINOZA; MANISH KUMAR SINGH (A/K/A "MAX DEN" and "SHYAM"); ROSCHELLE T. SALMON; and YAROSLAV IAKOVIN,<br><br>    Defendants. | Case No. 1:18-cv-402-DLC<br><br>**MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and Declaration in Support, and the entire record herein, Plaintiffs McGraw-Hill Global Education Holdings, LLC, Pearson Education, Inc., Elsevier, Inc., and Cengage Learning, Inc. (collectively, "Plaintiffs") hereby move for default judgment and a permanent injunction against Defendants Imran Awan, Amro T. Awwad, Rong Li, Vijay Kumar, Anita Rain Rani, Ammar Abdulwahid Mazrui, Michael Pao (a/k/a Matthew Watson), Nidia Espinoza, Manish Kumar Singh (a/k/a "Max Den" and "Shyam"), and Yaroslav Iakovin pursuant to Federal Rule of Civil Procedure 55(b)(2).

A Proposed Order is attached as Exhibit A.

1

Dated:  September 28, 2018                     Respectfully submitted,

*/s/ Kerry M. Mustico*
Matthew J. Oppenheim
Kerry M. Mustico
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Ave. NW, Suite 503
Washington, DC 20015
Tel:  202-621-9027
matt@oandzlaw.com
kerry@oandzlaw.com

*Attorneys for Plaintiffs*