Fleischman Declaration
Exhibit 1

**Pearson Educ., Inc., et al. v. Awan, et al., Case No. 18-cv-402-DLC**
**DAMAGES ANALYSIS FOR DEFAULTING DEFENDANTS**

| DEFENDANT | STOREFRONT | ISBN | PUBLISHER | TITLE | COPYRIGHTS INFRINGED | COPYRIGHT DAMAGES | MARKS INFRINGED | TRADEMARK DAMAGES | TOTAL DAMAGES |
|---|---|---|---|---|---|---|---|---|---|
| Imran Awan | Atmi7654 | 9781305403581 | Cengage | Communication Mosaics, 8th | TX 8-224-996 | 0 | Cengage Learning | 2,000,000 | |
| Imran Awan | Atmi7654 | 9780134149530 | Pearson | Marketing: An Introduction, 13th | TX 7-875-481 | 150,000 | | 0 | |
| Imran Awan | Atmi7654 | 9780134206325 | Pearson | Society, 14th | TX 8-242-358 | 0 | Pearson Always Learning | 2,000,000 | |
| **Total for Imran Awan** | | | | | | **150,000** | | **4,000,000** | **4,150,000** |
| Amro T. Awwad | BookExperts | 9781259420474 | McGraw-Hill | Strategic Management: Concept, 3rd | TX 8-354-985 | | McGraw-Hill Education | 2,000,000 | |
| Amro T. Awwad | BookExperts | 9780134205588 | Pearson | Essentials of Sociology, 12th | TX 8-232-933 | 0 | Pearson Always Learning | 2,000,000 | |
| Amro T. Awwad | BookExperts | 9780134149530 | Pearson | Marketing: An Introduction, 13th | TX 7-875-481 | 150,000 | | 0 | |
| Amro T. Awwad | BookExperts | 9780205959136 | Pearson | Social Welfare, 8th | TX 8-140-574 | 150,000 | | 0 | |
| Amro T. Awwad | BookExperts | 9780133884869 | Pearson | Supervision Today!, 8th | TX 8-066-933 | 150,000 | | 0 | |
| Amro T. Awwad | BookExperts | 9780133905410 | Pearson | The School and Community Relations, 11th | TX 8-033-253 | 150,000 | | 0 | |
| **Total for Amro T. Awwad** | | | | | | **600,000** | | **4,000,000** | **4,600,000** |
| Rong Li | Clarence Wood | 9781305261105 | Cengage | Basics of Research Methods for Criminal Justice and Criminology, 4th | TX 8-027-615 | 0 | Cengage Learning | 2,000,000 | |
| Rong Li | Clarence Wood | 9781259545474 | McGraw-Hill | Essentials of Contemporary Management, 7th | TX 7-913-168 | 150,000 | | 0 | |
| Rong Li | Clarence Wood | 9781259870538 | McGraw-Hill | Interviewing: Principles and Practices, 15th | TX 7-837-250 | 150,000 | | 0 | |
| Rong Li | Clarence Wood | 9780073373843 | McGraw-Hill | Programmable Logic Controllers, 5th | TX 7-255-108 | 0 | McGraw-Hill Education | 2,000,000 | |
| Rong Li | Clarence Wood | 9780134548623 | Pearson | Criminal Justice: A Brief Introduction, 12th | TX 7-729-566 | 0 | Pearson Always Learning | 2,000,000 | |
| Rong Li | Clarence Wood | 9780133754001 | Pearson | Human Communication in Society, 4th | TX 8-147-013 | 150,000 | | 0 | |
| **Total for Rong Li** | | | | | | **450,000** | | **6,000,000** | **6,450,000** |
| Anita Rain Rani and Vijay Kumar | HEAVYHOUSE-BOOKS | 9780123838728 | Elsevier | Computer Architecture, 5th | TX 5-886-988 | 0 | Elsevier MK | 200,000 | |
| Anita Rain Rani and Vijay Kumar | HEAVYHOUSE-BOOKS | 9780123838728 | Elsevier | Computer Architecture, 5th | TX 5-886-988 | 30,000 | | 0 | |
| Anita Rain Rani and Vijay Kumar | HEAVYHOUSE-BOOKS | 9780124077263 | Elsevier | Computer Organization and Design, 5th | TX 7-793-464 | 30,000 | | 0 | |
| Anita Rain Rani and Vijay Kumar | HEAVYHOUSE-BOOKS | 9780134219929 | Pearson | Planning, Implementing, & Evaluating Health Promotion Programs: A Primer, 7th | TX 8-394-558 | 30,000 | | 0 | |
| Anita Rain Rani and Vijay Kumar | HEAVYHOUSE-BOOKS | 9780132615648 | Pearson | Substance Abuse Counseling, 5th | TX 7-543-628 | 0 | Pearson Always Learning | 200,000 | |
| **Total for Anita Rain Rani and Vijay Kumar** | | | | | | **90,000** | | **400,000** | **490,000** |
| Ammar A. Mazrui | Huge Crit | 9781305642355 | Cengage | Assessment in Special and Inclusive Education, 13th | TX 8-283-213 | 150,000 | | 0 | |
| Ammar A. Mazrui | Huge Crit | 9781305577374 | Cengage | Ethical Dilemmas and Decisions in Criminal Justice, 9th | TX 8-223-522 | 0 | Cengage Learning | 2,000,000 | |
| Ammar A. Mazrui | Huge Crit | 9781305076518 | Cengage | Looking out, Looking In, 15th | TX 8-224-989 | 150,000 | | 0 | |
| Ammar A. Mazrui | Huge Crit | 9781285874326 | Cengage | Moral Issues in Business, 13th | TX 8-005-992 | 150,000 | | 0 | |
| Ammar A. Mazrui | Huge Crit | 9781305101937 | Cengage | Psychopathology, 4th | TX 8-223-610 | 150,000 | | 0 | |
| Ammar A. Mazrui | Huge Crit | 9781305093614 | Cengage | Race, Class, & Gender 9th | TX 8-047-179 | 150,000 | | 0 | |

**Fleischman Declaration**
**Exhibit 1**

| DEFENDANT | STOREFRONT | ISBN | PUBLISHER | TITLE | COPYRIGHTS INFRINGED | COPYRIGHT DAMAGES | MARKS INFRINGED | TRADEMARK DAMAGES | TOTAL DAMAGES |
|---|---|---|---|---|---|---|---|---|---|
| Ammar A. Mazrui | Huge Crit | 9781259546983 | McGraw-Hill | Essentials of Strategic Management, 5th | TX 8-419-674 | 150,000 | | 0 | |
| Ammar A. Mazrui | Huge Crit | 9781259420474 | McGraw-Hill | Strategic Management: Concept, 3rd | TX 8-354-985 | 0 | McGraw-Hill Education | 2,000,000 | |
| Ammar A. Mazrui | Huge Crit | 9781259291821 | McGraw-Hill | The Macro Economy Today, 14th | TX 7-580-430 | 150,000 | | 0 | |
| Ammar A. Mazrui | Huge Crit | 9780134548623 | Pearson | Criminal Justice: A Brief Introduction, 12th | TX 7-729-566 | 150,000 | | 0 | |
| Ammar A. Mazrui | Huge Crit | 9780131846197 | Pearson | Ethical Issues in Business: A Philosophical Approach, 8th | TX 6-850-568 | 0 | Prentice Hall Pearson | 2,000,000 | |
| Ammar A. Mazrui | Huge Crit | 9780547179629 | Pearson | Foundations of Addictions Counseling, 3rd | TX 8-088-495 | 150,000 | | 0 | |
| **Total for Ammar A. Mazrui** | | | | | | **1,350,000** | | **6,000,000** | **7,350,000** |
| Michael Pao | Matthew's Book Store | 9781305500846 | Cengage | Business Ethics: Ethical Decision Making & Cases, 11th | TX 8-253-339 | 150,000 | | 0 | |
| Michael Pao | Matthew's Book Store | 9781305087309 | Cengage | Group Counseling: Strategies And Skills, 8th | TX 8-005-993 | 0 | Cengage Learning | 2,000,000 | |
| Michael Pao | Matthew's Book Store | 9780077862466 | McGraw-Hill | Essentials of Negotiation, 6th | TX 6-413-160 | 0 | McGraw-Hill Education | 2,000,000 | |
| Michael Pao | Matthew's Book Store | 9780073514307 | McGraw-Hill | Theatre: The Lively Art, 9th | TX 7-578-807 | 150,000 | | 0 | |
| Michael Pao | Matthew's Book Store | 9780321997821 | Pearson | Business Analytics, 2nd | TX 8-017-387 | | Pearson Always Learning | 2,000,000 | |
| **Total for Michael Pao** | | | | | | **300,000** | | **6,000,000** | **6,300,000** |
| Nidia Espinoza | Nidiiz | 9781305500846 | Cengage | Business Ethics: Ethical Decision Making & Cases, 11th | TX 8-253-339 | 0 | Cengage Learning | 200,000 | |
| Nidia Espinoza | Nidiiz | 9781259545474 | McGraw-Hill | Essentials of Contemporary Management, 7th | TX 7-913-168 | 0 | McGraw-Hill Education | 200,000 | |
| Nidia Espinoza | Nidiiz | 9781259420474 | McGraw-Hill | Strategic Management: Concept, 3rd | TX 8-354-985 | 30,000 | | 0 | |
| Nidia Espinoza | Nidiiz | 9780321997821 | Pearson | Business Analytics, 2nd | TX 8-017-387 | 30,000 | | 0 | |
| Nidia Espinoza | Nidiiz | 9780134523859 | Pearson | Essentials of Organizational Behavior, 14th | TX 8-051-247 | 30,000 | | 0 | |
| Nidia Espinoza | Nidiiz | 9780547179629 | Pearson | Foundations of Addictions Counseling, 3rd | TX 8-088-495 | 0 | Pearson Always Learning | 200,000 | |
| Nidia Espinoza | Nidiiz | 9780133866247 | Pearson | International Business: The Challenges of Globalization, 8th | TX 8-069-637 | 30,000 | | 0 | |
| **Total for Nidia Espinoza** | | | | | | **120,000** | | **600,000** | **720,000** |
| Manish K. Singh | STAY SMART | 9781133945468 | Cengage | Groups: Process and Practice, 9th | TX 7-705-119 | 0 | Cengage Learning Brooks/Cole | 2,000,000 | |
| Manish K. Singh | STAY SMART | 9781285164205 | Cengage | Organizational Communication: Approaches and Processes, 7th | TX 7-856-524 | 150,000 | | 0 | |
| Manish K. Singh | STAY SMART | 9781305263727 | Cengage | Theory and Practice of Counseling and Psychotherapy, 10th | TX 8-238-467 | 150,000 | | 0 | |
| Manish K. Singh | STAY SMART | 9780073398204 | McGraw-Hill | Shigley's Mechanical Engineering Design, 10th | TX 7-920-259 | 0 | McGraw-Hill Education | 2,000,000 | |
| Manish K. Singh | STAY SMART | 9780133936544 | Pearson | Social Psychology, 9th | TX 8-126-280 | 0 | Pearson Always Learning | 2,000,000 | |
| **Total for Manish K. Singh** | | | | | | **300,000** | | **6,000,000** | **6,300,000** |
| Yaroslav Iakovin | United TwinStar | 9781305500846 | Cengage | Business Ethics: Ethical Decision Making & Cases, 11th | TX 8-253-339 | 0 | Cengage Learning | 2,000,000 | |
| Yaroslav Iakovin | United TwinStar | 9781285748887 | Cengage | Clinical Assessment Workbook: Balancing Strengths and Differential Diagnosis, 2nd | TX 7-972-014 | 150,000 | | 0 | |
| Yaroslav Iakovin | United Twinstar | 9780078023842 | McGraw-Hill | Dynamic Business Law: The Essentials, 3rd | TX 7-225-795 | 150,000 | | 0 | |

**Fleischman Declaration**
**Exhibit 1**

| DEFENDANT | STOREFRONT | ISBN | PUBLISHER | TITLE | COPYRIGHTS INFRINGED | COPYRIGHT DAMAGES | MARKS INFRINGED | TRADEMARK DAMAGES | TOTAL DAMAGES |
|---|---|---|---|---|---|---|---|---|---|
| Yaroslav Iakovin | United TwinStar | 9780073373843 | McGraw-Hill | Programmable Logic Controllers, 5th | TX 7-255-108 | 150,000 | | 0 | |
| Yaroslav Iakovin | United TwinStar | 9780073514307 | McGraw-Hill | Theatre: The Lively Art, 9th | TX 7-578-807 | 0 | McGraw-Hill Education | 2,000,000 | |
| Yaroslav Iakovin | United TwinStar | 9780134149530 | Pearson | Marketing: An Introduction, 13th | TX 7-875-481 | 0 | Pearson Always Learning | 2,000,000 | |
| **Total for Yaroslav Iakovin** | | | | | | **450,000** | | **6,000,000** | **6,450,000** |
| **TOTAL FOR ALL DEFENDANTS** | | | | | | **3,810,000** | | **39,000,000** | **42,810,000** |