```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                      :
PEARSON EDUCATION, INC., ELSEVIER,    :
INC., MCGRAW-HILL GLOBAL EDUCATION    :
HOLDINGS, LLC, and CENGAGE LEARNING,  :   18cv402 (DLC)
INC.,                                 :
                      Plaintiffs,     :   ORDER
                                      :
              -v-                     :
                                      :
IMRAN AWAN, AMRO T. AWWAD, RONG LI,   :
ANITA RAIN RANI, VIJAY KUMAR, AMMAR   :
ABDULWAHID MAZRUI, MICHAEL PAO        :
(A/K/A MATTHEW WATSON), NIDIA         :
ESPINOZA; MANISH KUMAR SINGH (A/K/A   :
"MAX DEN" and "SHYAM"), and YAROSLAV  :
IAKOVIN,                              :
                                      :
                      Defendants.     :
                                      :
-------------------------------------X
```



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/28

DENISE COTE, District Judge:

The plaintiffs having requested a default judgment on September 28, 2018, it is hereby

ORDERED that the plaintiffs shall serve this Order and the underlying papers on the defendants on or before **October 6, 2018** by electronic mail.

IT IS FURTHER ORDERED that a default judgment hearing will be held at **noon** on **October 19, 2018** in **Courtroom 18B**, 500 Pearl Street, New York, New York, 10007.  Failure of the defendants to

appear will result in entry of a default or a default judgment.


Dated:     New York, New York
           October 4, 2018

                                    _____
                                         DENISE COTE
                                    United States District Judge