UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
: 
PEARSON EDUCATION, INC., ELSEVIER, :
INC., MCGRAW-HILL GLOBAL EDUCATION :
HOLDINGS, LLC, and CENGAGE LEARNING, : 18cv402 (DLC)
INC., :
Plaintiffs, : ORDER
:
-v- :
:
IMRAN AWAN, AMRO T. AWWAD, RONG LI, :
ANITA RAIN RANI, VIJAY KUMAR, AMMAR :
ABDULWAHID MAZRUI, MICHAEL PAO :
(A/K/A MATTHEW WATSON), NIDIA :
ESPINOZA; MANISH KUMAR SINGH (A/K/A :
"MAX DEN" and "SHYAM"), and YAROSLAV :
IAKOVIN, :
:
Defendants. :
:
-------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/2018

DENISE COTE, District Judge:

An Order of October 4, 2018, scheduled a default judgment hearing for October 19. It is hereby

ORDERED that the default judgment hearing is rescheduled for **noon** on **October 26, 2018** in **Courtroom 18B**, 500 Pearl Street, New York, New York, 10007. Failure of the defendants to appear will result in entry of a default or a default judgment.

Dated:   New York, New York
         October 10, 2018

_____
DENISE COTE
United States District Judge