UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PEARSON EDUCATION, INC., ELSEVIER, INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, AND CENGAGE LEARNING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMRAN AWAN, AMRO T. AWWAD, RONG LI, ANITA RAIN RANI, VIJAY KUMAR, AMMAR ABDULWAHID MAZRUI, MICHAEL PAO, NIDIA ESPINOZA, MANISH KUMAR SINGH, AND YAROSLAV IAKOVIN, <br><br> Defendants. | Case No. 1:18-cv-402-DLC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Moser Taboada hereby enters its appearance as counsel for Defendant Nidia Espinoza in the above-captioned matter. Any and all future correspondence, pleadings, or other documents, including any electronic filings, related to this case should be forwarded to the following attorney of record:

Charles P. Guarino
MOSER TABOADA
1030 Broad Street, Suite 203
Shrewsbury, New Jersey 07702
732-945-9498 (phone)
732-935-7122 (facsimile)
cguarino@mtiplaw.com (email)

Dated:  October 24, 2018

Respectfully submitted,

/s/ Charles P. Guarino
Charles P. Guarino
MOSER TABOADA
1030 Broad Street, Suite 203
Shrewsbury, New Jersey 07702
732-945-9498 (phone)
732-935-7122 (facsimile)
cguarino@mtiplaw.com (email)

*Attorneys for Defendant Nidia Espinoza*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC., ELSEVIER, INC., MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, AND CENGAGE LEARNING, INC., <br><br> Plaintiffs, <br><br> v. <br><br> IMRAN AWAN, AMRO T. AWWAD, RONG LI, ANITA RAIN RANI, VIJAY KUMAR, AMMAR ABDULWAHID MAZRUI, MICHAEL PAO, NIDIA ESPINOZA, MANISH KUMAR SINGH, AND YAROSLAV IAKOVIN, <br><br> Defendants. | Case No. 1:18-cv-402-DLC <br><br> **CERTIFICATE OF SERVICE** |

**CHARLES P. GUARINO**, of full age, certifies as follows:

1. I am an attorney with the law firm Moser Taboada, counsel to Defendant Nidia Espinoza in the above-captioned action.

2. On October 24, 2018, I caused a true and correct copy of the foregoing Notice of Appearance to be filed electronically utilizing the CM/ECF system, and thereby served upon the following CM/ECF participant:

>Matthew Jan Oppenheim
>Oppenheim + Zebrak, LLP
>5225 Wisconsin Ave, NW, Ste 503
>Washington, DC 20015
>matt@oandzlaw.com
>Attorney for Plaintiffs

3. I certify under penalty of perjury that the foregoing is true and correct.

Dated:  October 24, 2018

Respectfully submitted,

/s/ Charles P. Guarino
Charles P. Guarino
MOSER TABOADA
1030 Broad Street, Suite 203
Shrewsbury, New Jersey 07702
732-945-9498 (phone)
732-935-7122 (facsimile)
cguarino@mtiplaw.com (email)

*Attorneys for Defendant Nidia Espinoza*