UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARSON EDUCATION, INC.; ELSEVIER, INC.; MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC; and CENGAGE LEARNING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>IMRAN AWAN; AMRO T. AWWAD; RONG LI; ANITA RAIN RANI; VIJAY KUMAR; AMMAR ABDULWAHID MAZRUI; MICHAEL PAO (A/K/A MATTHEW WATSON); NIDIA ESPINOZA; MANISH KUMAR SINGH (A/K/A "MAX DEN" and "SHYAM"); ROSCHELLE T. SALMON; and YAROSLAV IAKOVIN,<br><br>Defendants. | Case No. 1:18-cv-402-DLC<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 11-13-18 |

## [PROPOSED] JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT NIDIA ESPINOZA

Upon the Stipulation for Entry of Judgment and Permanent Injunction Against Defendant Nidia Espinoza ("Defendant"), it is hereby

**ORDERED** that final judgment is **ENTERED** for Plaintiffs Pearson Education, Inc., McGraw-Hill Global Education Holdings, LLC, Cengage Learning, Inc., and Elsevier Inc. (hereinafter, "Plaintiffs").

It is **FURTHER ORDERED** that a permanent injunction is **ENTERED** in this action as to Defendant. Defendant, her agents, servants, and employees, and all those in active concert or participation with any of them, are permanently enjoined from:

a) Directly or indirectly infringing any of Plaintiffs' Copyrighted Works[1] or Plaintiffs' Marks[2];

b) Directly or indirectly Manufacturing, importing, distributing, selling, or offering to sell any unauthorized copies of Plaintiffs' Copyrighted Works; and

c) Enabling, facilitating, permitting, assisting, soliciting, encouraging, or inducing others to directly or indirectly infringe Plaintiffs' Copyrighted Works or Plaintiffs' Marks and/or manufacture, import, distribute, sell, or offer to sell any unauthorized copies of Plaintiffs' Copyrighted Works.

It is **FURTHER ORDERED** that the Court retains jurisdiction of this matter in law and equity for purposes of enforcing this Order and/or adjudicating claims of violations of this Order.

SO ORDERED this 13th day of November 2018.

DENISE L. COTE
United States District Judge

---

[1] "Plaintiffs' Copyrighted Works" means any and all textbooks or other copyrighted works, or portions thereof, whether now in existence or later created, regardless of media type, the copyrights to which are owned or controlled by any of Plaintiffs or their parents, subsidiaries, affiliates, predecessors, successors, and assigns, whether published in the United States or abroad.

[2] "Plaintiffs' Marks" means any and all trademarks and service marks, whether now in existence or later created, which are owned or controlled by any of Plaintiffs or their parents, subsidiaries, affiliates, predecessors, successors, and assigns.